The Honorable Benjamin H. Settle

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

OCTOBER 30, 2008
BRUCE RIFKIN, Clerk
By_____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE WILLIAMS,<br>JUSTINE A. STEPHENS, and<br>PAPAEGA MATAUTIA, JR.<br><br>Defendants. | NO. 08-5601BHS<br><br>SECOND SUPERSEDING INDICTMENT<br><br>08-CR-05601-INDI |

The Grand Jury charges that:

### COUNT 1
(Conspiracy to Distribute Cocaine)

Beginning at a time unknown, but within the last five years and continuing until on or about July 31, 2008, in Puyallup, within the Western District of Washington, and elsewhere, LAWRENCE WILLIAMS, JUSTINE A. STEPHENS, PAEPAEGA MATAUTIA, JR., and other persons, known and unknown, knowingly and intentionally did conspire to distribute cocaine base in the form of crack cocaine, a substance controlled under Schedule II, Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense involved five grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine.

//

SECOND SUPERSEDING INDICTMENT/
LAWRENCE WILLIAMS, et al. - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

## COUNT 2
### (Witness Tampering)

On or about August 3, 2008, in Pierce County, within the Western District of Washington, and elsewhere, LAWRENCE WILLIAMS did knowingly corruptly persuade another person, namely Justine Stephens, and did attempt to do so, with the intent to:

(1) influence, delay, and prevent the testimony of Justine Stephens in an official proceeding, that is, the official proceedings in the instant case;

(2) cause and induce Justine Stephens to withhold testimony or other object from an official proceeding, that is, the official proceedings in the instant case;

(3) cause and induce Justine Stephens to conceal an object with the intent to impair the object's availability for use in an official proceeding, that is, the official proceedings in the instant case; and

(4) hinder, delay, and prevent the communication to a law enforcement officer of the United States of information relating to the commission of a Federal offense, that is, the offense alleged in Count 1.

//
//
//

SECOND SUPERSEDING INDICTMENT/
LAWRENCE WILLIAMS, et al. - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

All in violation of Title 18, United States Code, Sections 1512(b)(1), 1512(b)(2)(A), 1512(b)(2)(B), and 1512(b)(3).

A TRUE BILL:

DATED:

*(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference.)*

_____
FOREPERSON

_____
JEFFREY C. SULLIVAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
BRUCE F. MIYAKE
Assistant United States Attorney

_____
JILL OTAKE
Assistant United States Attorney

SECOND SUPERSEDING INDICTMENT/
LAWRENCE WILLIAMS, et al. - 3