1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,          )
                                                         )     NO.    CR08-5601BHS
                           Plaintiff,                )
                                                         )
              v.                                        )     ERRATA TO CORRECT
                                                         )     SPELLING OF DEFENDANT'S
PAEPAEGA MATAUTIA, JR.,          )     FIRST NAME
                                                         )
                           Defendant.              )
_____)

On October 30, 2008, the United States filed its Second Superseding Indictment in

the above-captioned case.  The United States of America, by Jeffery C. Sullivan,

United States Attorney for the Western District of Washington, and JILL OTAKE,

Assistant United States Attorney for said District, files this Errata that the correct spelling

of the Defendant's first name should be "PAEPAEGA."

DATED this 6th day of January, 2009.

Respectfully submitted,

JEFFREY C. SULLIVAN
United States Attorney

s/Jill Otake_____
JILL OTAKE
WSBA No. 28298
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:    (206) 553-4254
Fax:               (206) 553-0755
E-mail:           Jill.Otake@usdoj.gov

ERRATA TO CORRECT SPELLING
OF DEFENDANT'S FIRST NAME - 1
CR08-5601BHS

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 6, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

    s/ Stephanie J. Orona
STEPHANIE J. ORONA
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4228
Fax: 206-553-0755
E-mail: Stephanie.Orona@usdoj.gov

ERRATA TO CORRECT SPELLING
OF DEFENDANT'S FIRST NAME - 2
CR08-5601BHS

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970